AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

FILED

NOV - 8 2019

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 2:19-mj- 594 |
| | ) | |
| | ) | |
| JAVAID PERWAIZ | ) | |

*Defendants*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from on or about the date(s) of <u>between 2010 and October 2019,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count One: 18 U.S.C. § 1347 | Health Care Fraud |
| Count Two:18 U.S.C. § 1035 | False Statements relating to Healthcare Matters |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.  (Please see attached Affidavit)

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

_____
*Complainant's signature*
Desiree Maxwell, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: *Nov. 8, 2019*

_____
*Judge's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE

City and state: *Norfolk, VA*

*Printed name and title*